■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SAVAGE, Appellant. — Judgment unanimously affirmed. (See *People v Friscia*, 51 NY2d 845.) (Appeal from judgment of Erie Supreme Court — attempted assault, second degree.) Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CRAYTON, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Niagara County Court — attempted assault, second degree.) Present — Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ In the Matter of ANTHONY R. MANDARINO, Petitioner, v NICHOLAS G. BAICH, as Administrator of the Erie County Pistol Permit Dept., et al., Respondents. — Application unanimously denied and petition dismissed, without costs. (Art 78.) Present — Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ ROGER VERCRUYSSE, Respondent, v LOUIS ALATI, Appellant. — Order unanimously affirmed, with costs. Memorandum: The exclusive remedy provisions of subdivision 6 of section 29 of the Workers' Compensation Law do not bar an employee who has accepted workers' compensation benefits from bringing a common-law cause of action against a coemployee who has committed an intentional assault upon him *(Maines v Cronomer Val. Fire Dept.*, 50 NY2d 535; *Mazarredo v Levine*, 274 App Div 122; cf. *Smith v State of New York*, 72 AD2d 937). (Appeal from order of Monroe Supreme Court — dismiss complaint.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ RAYMOND H. STOGSDILL, Appellant, v NEW YORK TELEPHONE COMPANY et al., Respondents. — Order unanimously affirmed, without costs, on the opinion at Special Term, Murphy J. (Appeal from order of Onondaga Supreme Court — summary judgment.) Present — Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ SAMUEL L. WALKER, Respondent, v ERIE-LACKAWANNA RAILROAD, Appellant. — Order unanimously reversed, without costs, motion granted and action dismissed (see *Barasch v Micucci*, 49 NY2d 594). (Appeal from order of Niagara Supreme Court — dismiss action.) Present — Dillon, P. J., Cardamone, Simons, Doerr and Witmer, JJ.

■ In the Matter of CAROL A. O'HARA, Appellant, v BOARD OF EDUCATION OF THE FABIUS-POMPEY CENTRAL SCHOOL DISTRICT, Respondent. — Appeal unanimously dismissed, without costs, as moot. (Appeal from judgment of Onondaga Supreme Court — art 78.) Present — Simons, J. P., Hancock, Jr., Schnepp, Callahan and Moule, JJ.

■ In the Matter of JAMES HUFF, Petitioner, v ROBERT P. KENNEDY, as Justice of the Supreme Court, et al., Respondents. — Application unanimously denied and petition dismissed, without costs. Memorandum: The doctrine of collateral estoppel does not preclude prosecution in this case (see *People v Berkowitz*, 50 NY2d 333). The question presented by the denial of the free transcript may not be raised in a CPLR article 78 proceeding brought in this court. (Art 78.) Present — Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.